IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No.  07-cv-02021-REB-MEH                    Date:   September 4, 2008
Courtroom Deputy: Cathy Coomes                           **FTR – Courtroom C203**

---

LOVINA OBI,                                              George Price

      Plaintiff,

vs.

CENTURA HEALTH CORPORATION,                             Mark Sabey (by telephone)

      Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC MOTION HEARING**

**Court in session:**    **9:36 a.m.**

Court calls case.  Appearances of counsel.

The Court advises Mr. Sabey that Local Rules require that a motion only contain one request for relief.

Argument and discussion regarding Defendant's Motion to Compel Discovery Responses and for an Unopposed Extension of Time of the Discovery Cut-off Date (Doc. #19, filed 8/29/08).

**ORDERED:**  1.     Defendant's Motion to Compel Discovery Responses and for an Unopposed Extension of Time of the Discovery Cut-off Date (Doc. #19, filed 8/29/08) is GRANTED to the extent that Plaintiff shall submit discovery responses by September 8, 2008; and DENIED to the extent that Defendant's counsel will not receive attorney's fees and costs.

           2.     A telephonic Status Conference is set for **September 10, 2008, at 9:45 a.m.**  Counsel are directed to conference together and the contact the Court at (303)844-4507 at the time of the hearing.

**Court in recess:**    **9:48 a.m.  (Hearing concluded)**
**Total time in court:**  0:12